UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEITH WILLIAMS, | ) CASE NO. CV 11-6215-VAP (PJW) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ARCOLA WASHINGTON-ADDUCI, WARDEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any objections to the Report and Recommendation. The Court accepts the findings and recommendation of the magistrate judge with one exception. At footnote one at page six of the Report and Recommendation, the magistrate invited Petitioner to explain in his objections why a certificate of appealability should issue. Petitioner is not required to obtain a certificate of appealability in

Case 2:11-cv-06215-VAP-PJW Document 17 Filed 06/14/12 Page 2 of 2 Page ID #:282

1  order to appeal this decision.  *See, e.g., Harrison v. Ollison*, 519
2  F.3d 952, 958 (9th Cir. 2008).  In all other respects, the magistrate
3  judge's Report and Recommendation is accepted.

5  DATED:     June 14, 2012                            .

                                    _____
                                    VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE

28 C:\Temp\notesE1EF34\194_Case_LA11CV06215-VAP(PJW) (Williams v. Arcola) Proposed Order.wpd

2