UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KEITH WILLIAMS, | ) | CASE NO. CV 11-6215-VAP (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| ARCOLA WASHINGTON-ADDUCI, WARDEN, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 14, 2012 .

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\194_Case_LA11CV06215-VAP(PJW) (Williams v. Arcola) Proposed Judgment.wpd